2:12-CV-0834
CALISSIE V. GILKENSON

Hello, 3-21-2012

My name is Kevin Michael Calissie, D-O-C # 46966-2. I am currently housed at Mount Olive Correctional Complex in the Quilliams 2 unit On the Quality of LIFE program. I am writing this letter in hopes of getting help. On Thursday March 7th, 2012 I was beat up on video by an officer here at MOCC. His name/title is Cpl. Randy Gilkenson. I as well as other officers have watched the video. At the time I am being placed in the restraint chair in the video when the officers start getting aggressive. I then get my head pulled back by Cpl. Randy Gilkenson and he punches me on the right side of my face (2) times while refering to me as a "BITCH." I ended up with cuts above and below my right eye, a busted nose and busted inner lip. On the video you can see the blood on my face on the wall and on the floor. I was beat several times that day but this is the only time it was on camera. Pictures were taken of my injuries and the nurse at the time (Angelia Webb) treated me. I have filed grievances and nothing has happened. Please if you can I would appreciate your help. Thanks for your time.

Sincerly/Respectfully
KEVIN MICHAEL CALISSIE 46966-2
Kevin M. Calissie

Kevin M. Calissie 46966-2
Mount Olive Correctional Complex
1 Mountainside Way
Mt. Olive, West Virginia 25185

CHARLESTON WV 253
21 MAR 2012 PM 1 L

USA FIRST-CLASS FOREVER

CORRESPONDENCE FROM AN INMATE AT MOUNT OLIVE CORRECTIONAL COMPLEX

*LEGAL MAIL*

FBI Building
United States District Court
Suite 2400
300 Virginia Street, East
Charleston, West Virginia 25301

253028211S